UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:15 CV 8-BO

| | |
|---|---|
| SHAMONI GIBBS, Administrator of the Estate of William C. Gibbs, III,<br>　　　　　　　　Plaintiff<br><br>v.<br><br>Chris Hill Lenoir County Sheriff, Deputy Joseph Heck, and Deputy William Aaron Shambeau,<br>　　　　　　　　Defendants | ORDER |

THIS CAUSE came on before the undersigned on a Joint Motion of the parties pursuant to Rule 25(d) to substitute Sheriff Ronnie Ingram for former Sheriff Chris Hill, both of Lenoir County. It appearing to this Court that Sheriff Ingram in the current Sheriff of Lenoir County, and that pursuant to the provisions of Rule 25(b) he should be automatically substituted as a party in this action,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Sheriff Ronnie Ingram is hereby substituted as a Defendant for former Sheriff Chris Hill in the above-captioned matter.

ENTERED this the __10__ day of __June__, 2015.

_____
HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE PRESIDING